UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD I. BERGER,<br><br>    Defendant. | Case No. CR 00-994-RMT<br><br>ORDER DENYING MOTION BY CORNELLA BERGER TO COMPEL GOVERNMENT TO LIFT ITS LIEN |

This matter has come before the court for hearing on September 12, 2008 on the motion by third party claimant Cornella Berger to compel the government to lift its lien on the house and award Cornella Berger $50,000 from the sale proceeds of the house. Having considered the record herein, including the argument of counsel presented at the September 12, 2008 hearing, the court finds that although Cornella Berger contends that she has a contract with the government under which the government is required to lift its lien, she has not established that such a contract was formed.

Accordingly,

//

//

//

1  IT IS ORDERED that the motion by third party claimant Cornella Berger
2 to compel the government to lift its lien on the house and award Cornella Berger
3 $50,000 from the sale proceeds of the house is denied.
4 Dated: September 12, 2008

*[signature]*
ROBERT M. TAKASUGI
United States District Sr. Judge