# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>         Plaintiff,                                    )<br>                                                       )<br>vs.                                                  )     No. CR 00-00994-RMT-1<br>                                                       )<br>Richard Berger                                )<br>         Defendant.                               )<br>                                                       ) | |

## ORDER

This matter having come before the Court on Third Party Claimant, Cornella Berger's Motion for an Order Approving the Stipulation to Stay Disbursement of a Portion of the Funds Held in the Court's Registry, due notice having been given, it is hereby ordered that (1) the stipulation to stay disbursement of a portion of the funds held in the Court's Registry is approved; and (2) the Clerk of Court is directed to retain a portion of the funds as specifically outlined in the stipulation pending appeal and further court order.

ENTERED this 17th day of October, 2008

_____
Robert M. Takasugi
United States District Judge

Jenny O. Blake,
Attorney for Cornella Berger, Third Party Claimant
Lowis & Gellen LLP
200 W. Adams
Suite 1900
Chicago, Illinois 60606
(312) 456-2707

Berger 3rd prty claim Ord to stay 10-17-08.wpd

**cc: Fiscal**